HENRY SZUSTER v. TERESA SZUSTER.

June 13, 1985.

Petition for certification granted, the judgment of the Appellate Division is reversed and the matter is summarily remanded to the trial court for a hearing on the issue of changed circumstances.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. BENJAMIN
FRANKLIN WASHINGTON.

June 13, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM E. SCOTT.

June 13, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR GRANT.

June 13, 1985.

Petition for certification denied.